UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL FRANCOIS (#116645)

VERSUS

LOUISIANA DEPARTMENT OF
CORRECTIONS, ET AL.

CIVIL ACTION

NO. 13-594-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 11, 2014 (doc. no. 25). The plaintiff filed an objection to the report and essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion to Dismiss is DENIED. Further, the Motion to Amend (doc. no. 28) is DENIED AS MOOT.

Baton Rouge, Louisiana, this 28th day of April, 2014.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA