UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL FRANCOIS (#116645)

VERSUS

LOUISIANA DEPARTMENT OF
CORRECTIONS, ET AL.

CIVIL ACTION

NO. 13-594-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated January 30, 2015 (doc. no. 35). The plaintiff filed an objection which essentially restates her prior argument and has been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED, and this action is DISMISSED.

Baton Rouge, Louisiana, this 17th day of March, 2015.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE